

# NUMBER 13-25-00295-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN THE MATTER OF THE MARRIAGE OF
### SANDRA REGALADO AND SERGIO RODRIGUEZ

---

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 10
### OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Justices Silva, Peña, and Cron
### Memorandum Opinion by Justice Cron

This cause is before the Court on its own motion. On May 19, 2025, appellant filed a notice of appeal attempting to appeal an order entered in trial court cause number F-2401-20-10. On May 29, 2025, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Furthermore, on May 29, 2025, the Clerk of the Court notified appellant that the notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5(e), 25.1(d)(1)

and (4). *See id.* R. 9.5(e), 25.1(d)(1), (4). Appellant was notified that if a proper notice of appeal was not filed within thirty days, the matter would be referred to the Court. Appellant has failed to respond to the notices from the clerk.

Having considered the documents on file, appellant's failure to correct the jurisdictional defect in this matter, and appellant's failure to otherwise respond to the notices from the Clerk of the Court requiring a response or other action within the time specified, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
31st day of July, 2025.

2